IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02331-REB-CBS

PASTOR MICHAEL DANIELSON,
COLORADO CRIMINAL JUSTICE REFORM COALITION, and
COLORADO CURE,

Plaintiffs,

v.

GIGI DENNIS, in her official capacity as Secretary of State for the State of Colorado,

Defendant.
_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

On January 30, 2006, the parties filed a **Stipulated Dismissal of the Action** [#11]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal of the Action** [#11], filed January 30, 2006, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 31, 2006, at Denver, Colorado.

                                                  **BY THE COURT:**
                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**

**United States District Judge**